INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT
LAW ENFORCEMENT VERSION
*DO NOT RELEASE*

CASE REPORT: IP220027056-003
CAD NUMBER: IP22032200000925
INCIDENT JURISDICTION: INDIANAPOLIS METRO POLICE
INCIDENT TYPE: THEFT
LOCATION:
AREA: MED SECTOR: ED43
OCCURRED: 03/21/2022 - 07:45 TO: 03/21/2022 - 11:30
REPORTED: 03/22/2022 - 12:12
OFFENSE 1: LARCENY-OTHER
WEAPON 1: NONE REPORTED

PERSON: 1
INVOLVEMENT: SUSPECT
NAME: MCGEE, LANCE LAVETTE
RACE: B  SEX: M
DOB:      /1992  AGE: 29
SSN:
DLN: 1930159511
HGT: 5' 9"  WGT: 180
HAIR: BROWN  EYES: BROWN
ADDRESS-1 (HOME): 2386 HILLSIDE AVE APT B, INDIANAPOLIS, IN 46218, INDIANAPOLIS
PHONE-1 (MOBILE): (317) 341-2277

PERSON: 2
INVOLVEMENT: VICTIM
NAME: W          , W
RACE: W  SEX: M
DOB:            AGE: 33
SSN:
DLN:
HGT: 5' 8"  WGT: 240
HAIR: BROWN  EYES: BROWN
ADDRESS-1 (HOME):
PHONE-1 (MOBILE):

FIREARMS ITEM: 1
CATEGORY: WEAPON
INVOLVEMENT: RECOVERED LOCAL
TYPE: PISTOL, SEMIAUTOMATIC
MAKE: SW - SMITH AND WESSON  MODEL:
SERIAL NUMBER: NEW1850  AON:
DESCRIPTION: SMITH AND WESTON PISTOL
COLOR: BLACK  CALIBER: 9 MM
BARREL LENGTH:  NUMBER OF SHOTS:
QUANTITY: 1
CONDITION:
VALUE: $470.00
NOTES: RECOVERED UNDER IMPD CASE NUMBER IP220033006

MEDIA RELEASE NARRATIVE:
IMPD RESPONDED TO TAKE A THEFT OF A FIREARM REPORT.



POLICE OFFICER NARRATIVE: 1

ON MARCH 22ND 2022 OFFICER RYAN LUNDY OF IMPD SPOKE WITH THE VICTIM, MR. W████ W████. MR. W████ STATED HE HIRED "ALL MY SONS MOVING COMPANY" TO MOVE PERSONAL BELONGINGS TO HIS NEW HOME IN BRAZIL, IN. TWO MOVERS WERE IN HIS HOME HANDLING HIS BELONGINGS FROM 7:30AM TO 11:30AM ON 3/21/2022. MR. W████ DISCOVERED THAT HIS FIREARM CASE CONTAINING HIS 9MM SMITH AND WESSON SHIELD EZ WAS MISSING. MR. W████ BELIEVES A MOVER STOLE IT AND CONTACTED THE MOVING COMPANY WHO STATED THEY WILL ALSO LOOK INTO THE MATTER. MR. W████ WAS PROVIDED WITH A CASE NUMBER. THE AUTO DESK WAS INFORMED OF THE STEAL.

POLICE OFFICER NARRATIVE: 2

DETECTIVE CHURCHMAN CALLED ALL MY SONS MOVING, TALKED TO THE GM.  HE HAD ADVISED THAT ONE OF THE WORKERS AT THE VICTIM'S HOUSE, LANCE MCGEE, HAD RECENTLY BEEN INVOLVED IN ANOTHER MISSING PROPERTY ISSUE ON A DIFFERENT UNRELATED MOVING JOB FOR THE BUSINESS.

POLICE OFFICER NARRATIVE: 3

THIS HANDGUN WAS RECOVERED DURING A ROBBERY INVESTIGATION UNDER IMPD CASE NUMBER IP220033006.

OFFICERS INVOLVED:
OFFICER 1: 30427: LUNDY, RYAN
SUBMITTED BY: 40520: DEJESUS, ROBERTO
END OF REPORT