

Honorable Judge,

This letter is in connection with Lance McGee. In terms of consideration to his detention release. I, Charles Baker, am the owner and hiring manager of Genesis Automotive LLC. We are a pillar in the community and over the last two years we have given jobs to people in need of employment. If Lance McGee was released, we will give him gainful employment in hopes of a complete turnaround from his prior living circumstances. We have a range of positions that need to be filled. Employment would start within 7 days of him being released, with a starting pay of $15.00 an hour. Please feel free to contact me if there is anything the courts may need from me.

Sincerely,
Charles Baker

Genesis Automotive, LLC
7109 W. US 40
Indianapolis, IN 46229
317-473-7953

~~EXH A~~
Δ Ex. 1